**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Armando RAMIREZ, Defendant–
Appellant.**

**No. 08–50569.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 13, 2009.

Bruce R. Castetter, Assistant U.S., Joseph S. Green, Assistant U.S., Peter Ko, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Robert E. Boyce, Esquire, Attorney at Law, San Diego, CA, for Defendant–Appellant.

Before: SILVERMAN, RAWLINSON and CLIFTON, Circuit Judges.

MEMORANDUM **

Armando Ramirez appeals from the 235–month sentence imposed following his guilty-plea conviction for conspiracy to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdic-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion pursuant to 28 U.S.C. § 1291, and we affirm.

Ramirez contends the district court erred by denying a minor role adjustment under U.S.S.G. § 3B1.2. We conclude the district court did not clearly err in denying the adjustment. *See United States v. Cantrell,* 433 F.3d 1269, 1282–83 (9th Cir.2006).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.